**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RHONALDO A. SILABAN, M.D.,       :  No. 29 MAL 2021

Petitioner     :

:  Petition for Allowance of Appeal
:  from the Order of the
v.               :  Commonwealth Court

BUREAU OF PROFESSIONAL AND   :
OCCUPATIONAL  AFFAIRS, STATE   :
BOARD OF MEDICINE,         :

Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.